UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTONION D. JONES, | ) |
|               Petitioner, | ) |
| vs. | ) Case No. 1:22CV00082 ACL |
| BILL STANGE, | ) |
|               Respondent. | ) |

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

Pursuant to the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the instant Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 be **denied**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the instant Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 be **dismissed with prejudice**.

**IT IS FURTHER ORDERED**, **ADJUDGED AND DECREED** that Petitioner be denied a Certificate of Appealability if Petitioner seeks to appeal this Judgment of Dismissal.

Dated this 8th day of February, 2024.

*abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE